United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bria Ratcliff, as Power of Attorney for Frances St. Amand, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-25-2280 |
| EKRE of TX, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On October 21, 2025, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Motion to Remand. (Docket Entry No. 35.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. Plaintiff's Motion to Remand is **DENIED.**

SIGNED at Houston, Texas, on this the 18th day of November, 2025.

_____
Sim Lake
Senior United States District Judge