United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Bria Ratcliff, as Power of Attorney for Frances St. Amand, § § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-25-2280 |
| § | |
| EKRE of TX, LLC, § § | |
| Defendant. § | |

## ORDER OF ADOPTION

On November 25, 2025, Magistrate Judge Peter Bray recommended that this case be dismissed for failure to prosecute. (Docket Entry No. 39.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. Because the court denied Bria Ratcliff's motion for leave to add herself as a plaintiff, Frances St. Amand is the sole plaintiff in this case. (*See* Docket Entry Nos. 37 and 42.) St. Amand has not filed objections to the magistrate judge's recommendation.

The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

This case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

SIGNED at Houston, Texas, on this the 17th day of December, 2025.

---

Sim Lake
Senior United States District Judge