United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bria Ratcliff, as Power of Attorney for Frances St. Amand, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-2280 |
| EKRE of TX, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED and ADJUDGED** that Plaintiff's claims in this case are dismissed in their entirety with prejudice and Plaintiff shall take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on this the 17th day of December, 2025.

_____
Sim Lake
Senior United States District Judge