United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Bria Ratcliff, as Power of Attorney for Frances St. Amand, § § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-25-2280 |
| § | |
| EKRE of TX, LLC, § § | |
| Defendant. § | |

## ORDER OF ADOPTION

On January 5, 2026, Magistrate Judge Peter Bray recommended that the court deny Bria Ratcliff's Motion to Proceed in Forma Pauperis on Appeal. (Docket Entry No. 48.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed.

The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

Ratcliff's Motion to Proceed in Forma Pauperis on Appeal (Docket Entry No. 46) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 30th day of January, 2026.

Sim Lake
Senior United States District Judge